No. 89–398.   COFFIN v. JACKSON, CHAIRMAN, VIRGINIA PAROLE BOARD, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 89–399.   KRUPA v. TEXAS.   Ct. App. Tex., 5th Dist. Certiorari denied.

No. 89–402.   GUINNANE v. CITY AND COUNTY OF SAN FRANCISCO PLANNING COMMISSION ET AL.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 89–404.   MAGGIO, DBA PATCHOGUE NURSING CENTER v. LOCAL 1199, DRUG, HOSPITAL & HEALTH CARE EMPLOYEES UNION, R. W. D. S. U., AFL–CIO.   C. A. 2d Cir.   Certiorari denied.

No. 89–410.   CHRISTENSEN v. MINNESOTA.   Ct. App. Minn. Certiorari denied.

No. 89–414.   CASTELLA v. LONG, COMMANDER, ARMY AND AIR FORCE EXCHANGE SERVICE, UNITED STATES DEPARTMENT OF THE ARMY, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 89–415.   BROOKS v. TOWN OF ASHLAND.   Ct. App. Va. Certiorari denied.

No. 89–416.   PARTEN v. FORD MOTOR CO. ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 89–417.   NEW JERSEY v. BOLTE.   Sup. Ct. N. J.   Certiorari denied.

No. 89–423.   E. LAURSENS MASKINFABRIK A/S v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 89–425.   CONSTANT v. HITACHI AMERICA, LTD., ET AL. C. A. Fed. Cir.   Certiorari denied.

No. 89–426.   MCGEE v. TREHARNE, PUBLIC GUARDIAN.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 89–428.   MULLEN v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.